IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARYLAND ELECTRICAL INDUSTRY HEALTH FUND, et al., | * | |
| Plaintiffs | * | Civil Action No. L-02-672 |
| v. | * | |
| TERRY C. ROBB, d/b/a TR ELECTRICAL, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SETTLEMENT ORDER

Pursuant to Local Rule 111.1, in settlement of the above-captioned matter, it is hereby

ORDERED that Defendant Terry C. Robb, d/b/a TR Electrical, pay to Plaintiffs, Maryland Electrical Industry Health Fund, et al., the amount of $185.27 on the first of each month commencing August 1, 2002 and ending April 1, 2003 with a payment of $86.00 pursuant to the terms of the Settlement Agreement executed on July 1, 2002, attached hereto as "Exhibit A", and it is further

ORDERED that Plaintiffs may petition the Court to enter judgment by confession against Defendant upon Defendant's failure to make payment as provided for by the terms of the Settlement Agreement.

July 8, 2002
Date

Benson Everett Legg
United States District Judge